PROB 12C
(6/16)

Report Date: January 24, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Benjamin Lee Webster          Case Number: 0980 2:16CR00115-SMJ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: February 7, 2017

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |
| Original Sentence: | Prison - 224 days  TSR - 60 days |

Type of Supervision: Probation

| | |
|---|---|
| Asst. U.S. Attorney: | Scott Travis Jones |
| Defense Attorney: | Daniel Noah Rubin |

Date Supervision Commenced: February 7, 2017

Date Supervision Expires: February 6, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.  **Supporting Evidence**: On February 16, 2017, supervision commenced in this matter.  Mr. Webster was released from custody and transported by the United States Probation Office to a residential reentry center (RRC), where a supervision intake was completed.   All intake documents were read to Mr. Webster.  He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court which included mandatory condition number 1, as noted above.  Mr. Webster violated the terms of his supervised release by failing to report a change in residence as required under the sex offender registration and notification act, on or about January 18, 2018.  In April 2017, Mr. Webster's supervision was transferred to the Eastern District of Oklahoma.  The United States Probation Office for the Eastern District of Oklahoma reported on January 22, 2018, that Mr. Webster last stayed at his reported residence on the evening of January 17, 2018.  Efforts were made to contact Mr. Webster via telephone; however, he ceased contact with the United States Probation Office.  His whereabouts are currently unknown. |

Prob12C
**Re: Webster, Benjamin Lee**
**January 24, 2018**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Mandatory Condition # 5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. |

**Supporting Evidence**: On February 16, 2017, supervision commenced in this matter. Mr. Webster was released from custody and transported by the United States Probation Office to a residential reentry center (RRC), where a supervision intake was completed. All intake documents were read to Mr. Webster. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court which included mandatory condition number 5, as noted above.

Mr. Webster violated the terms of his supervised release by failing to report a change in residence as required under the sex offender registration and notification act, on or about January 18, 2018.

In April 2017, Mr. Webster transferred to the Eastern District of Oklahoma. The United States Probation Office for the Eastern District of Oklahoma reported on January 22, 2018, that Mr. Webster last stayed at his reported residence on the evening of January 17, 2018. Efforts were made to contact Mr. Webster via telephone; however, Mr. Webster has ceased contact with the United States Probation Office.

His whereabouts are currently unknown.

3          **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On February 16, 2017, supervision commenced in this matter. Mr. Webster was released from custody and transported by the United States Probation Office to a residential reentry center (RRC), where a supervision intake was completed. All intake documents were read to Mr. Webster. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court which included standard condition number 5, as noted above.

Mr. Webster violated the terms of his supervised release by failing to report a change in residence, on or about January 18, 2018, or since.

In April 2017, Mr. Webster transferred to the Eastern District of Oklahoma. The United States Probation Office for the Eastern District of Oklahoma reported on January 22, 2018, that Mr. Webster last stayed at his reported residence on the evening of January 17, 2018. Efforts were made to contact Mr. Webster via telephone; however, Mr. Webster has ceased contact with the United States Probation Office.

His whereabouts are currently unknown.

Prob12C
**Re: Webster, Benjamin Lee**
**January 24, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 24, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

01/24/2018
Date