PROB 12C
(6/16)

Report Date:  September 20, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Benjamin Lee Webster          Case Number: 0980 2:16CR00115-SMJ-1

Address of Offender:                              Arkansas 72903

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr.,  U.S. District Judge

Date of Original Sentence: February 7, 2017

Original Offense:       Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:      Prison -  224 days          Type of Supervision: Supervised Release
                        TSR - 60 days

Asst. U.S. Attorney:    Scott Travis Jones          Date Supervision Commenced: February 7, 2017

Defense Attorney:       Federal Defender's Office    Date Supervision Expires: February 6, 2022

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/24/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: Benjamin Webster violated the terms of his supervised release by leaving the Eastern District of Oklahoma without prior permission and traveling to the Western District of Arkansas without permission on or about August 31, 2018.

On February 16, 2017, supervision commenced in this matter.  Mr. Webster was released from custody and transported by the United States Probation Office to a residential reentry center (RRC), where a supervision intake was completed.   All intake documents were read to Mr. Webster.  He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court which included standard condition number 3, as noted above.

In April 2017, Mr. Webster's supervision was transferred to the Eastern District of Oklahoma.  The United States Probation Office for the Eastern District of Oklahoma reported on January 22, 2018, that Mr. Webster last stayed at his reported residence on the

Prob12C
**Re: Webster, Benjamin Lee**
**September 20, 2018**
**Page 2**

evening of January 17, 2018.  Efforts were made to contact Mr. Webster via telephone; however, he ceased contact with the United States Probation Office.

On January 24, 2018, a warrant for arrest was issued by the Eastern District of Washington.  On August 31, 2018, Mr. Webster was located by members of the United States Marshals Service (USMS) in the Western District of Arkansas.

A report of investigation by the USMS noted that Mr. Webster was located at the Fort Smith, Arkansas Public Library.  They conducted surveillance.  Mr. Webster was seen getting into a vehicle that traveled to a residence in Fort Smith, Arkansas.  The driver was identified as Rosie Garris, and the front passenger was identified as Ronnie Britton.  Mr. Webster was subsequently arrested.  Mr. Webster and Mr. Britton knew each other from working together in Oklahoma.  During the early summer of 2018, Ms. Garris met Mr. Webster.  At that time, Mr. Webster did not have a place to live so Mr. Webster came to Arkansas with them and had been residing with them since.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 20, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

09/20/2018
Date