PROB 12C
(6/16)

Report Date: August 16, 2019

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2019

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Benjamin Lee Webster | Case Number: 0980 2:16CR00115-SMJ-1 |
| Address of Offender: Unknown | |
| Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge | |
| Date of Original Sentence: February 7, 2017 | |
| Original Offense:      Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence:     Prison - 224 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:   James A. Goeke | Date Supervision Commenced: February 24, 2017 |
| Defense Attorney:      Federal Defenders Office | Date Supervision Expires: February 23, 2022 |

## PETITIONING THE COURT

To issue a warrant, and incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/20/2018 and 01/24/2018..

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: On August 6, 2019, Benjamin Webster was directed to report to the U.S. Probation Office in person on August 12, 2019, by 9 a.m. To date he has failed to report as directed, and his current whereabouts are unknown. |
| | On February 16, 2017, supervision commenced in this matter.  Mr. Webster was released from custody and transported by the U.S. Probation Office to a residential reentry center (RRC), where a supervision intake was completed.   All intake documents were read to Mr. Webster.  He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court which included standard condition number 2, as noted above. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: **Webster, Benjamin Lee**
**August 16, 2019**
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/16/2019

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[XX] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

08/16/2019

Date