PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: January 26, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Benjamin Lee Webster | Case Number: 0980 2:16CR00115-TOR-1 |
| Address of Offender: ███████████████, Spokane, WA 99260 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 7, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 224 days;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | February 24, 2017 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | N/A |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/20/2018, 01/24/2018, and 08/16/2019.

On February 16, 2017, a supervision intake was completed. All intake documents were explained to Mr. Webster. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Benjamin Webster violated the terms of his supervised release by Failing to Comply with Sex Offender Registration, in violation of Oklahoma Statute 57-584, a felony, on or about November 6, 2019.<br><br>On August 16, 2019, a petition for warrant was submitted alleging Mr. Webster had absconded from supervision in the Eastern District of Washington. A warrant was subsequently issued.<br><br>On November 6, 2019, he was arrested in Muskogee, Oklahoma. Mr. Webster advised officers that he had been residing at a residence in Muldrow, Oklahoma, for the past 20 days. Mr. Webster made no effort to register the address as required. He was ultimately charged by the District Court of Sequoyah County for failing to comply with sex offender registration, case number CF-19-626. Mr. Webster entered a plea of nolo contendere. On December 11, 2019, he was sentenced to a 20-year term of incarceration, with 10 years suspended. |

Prob12C
Re: Webster, Benjamin Lee
January 26, 2024
Page 2

| | | |
|---|---|---|
| | 7 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: Benjamin Webster allegedly violated the terms of his supervised release by leaving the Eastern District of Washington, without permission, on or about November 6, 2019.

On August 16, 2019, a petition for warrant was submitted to the Court alleging Mr. Webster had absconded from supervision in the Eastern District of Washington. A warrant was subsequently issued.

On November 6, 2019, he was arrested in Muskogee, Oklahoma. Mr. Webster advised officers that he had been residing at a residence in Muldrow for the past 20 days. Mr. Webster did not have prior approval to travel out of the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 26, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.

Thomas O. Rice
United States District Judge

January 26, 2024
Date